[No. 27871-1-I.   Division One.   April 13, 1992.]

WEYERHAEUSER COMPANY, *Appellant*, v. RONALD AUCKLAND, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02003-7, Richard M. Ishikawa, J., entered January 17, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Forrest, JJ.

[No. 27932-7-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN W. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00013-6, Daniel T. Kershner, J., entered February 7, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 26767-1-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ENNADES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00684-5, Daniel T. Kershner, J., entered September 28, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Webster, J.